(November 20, 1964)

THE PEOPLE OF THE STATE OF NEW YORK, Resondent, v. MICHAEL CHRISTOFORA, Appellant.— Motion insofar as it seeks an extension of time to perfect appeal granted, and time extended to January 6, 1965. The application for an order directing the County Clerk of Sullivan County to furnish appellant's counsel, without charge, a transcript of the stenographic minutes of the entire proceedings of the trial is referred to the County Court of Sullivan County for disposition (Code Crim. Pro., § 456). Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.